UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| A.M., | Case No. 26-CV-0229 (PJS/DTS) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, Attorney General;<br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security;<br>TODD M. LYONS, Acting Director of Immigration and Customs Enforcement;<br>DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court.

Dated: January 13, 2026, at 2:00 p.m.        /s/ Patrick J. Schiltz
                                              Patrick J. Schiltz, Chief Judge
                                              United States District Court