# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| A.M., | Case No. 26-cv-0229 (PJS/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *in their official capacity as Attorney General of the United States*, et al., | |
| Respondents. | |

**THE COURT HEREBY ORDERS**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner A.M. by no later than January 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 13, 2026             ___s/ David T. Schultz_____
                                                   DAVID T. SCHULTZ
                                                   United States Magistrate Judge