# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| A.M., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *in their official capacity as Attorney General of the United States*, et al., <br><br> Respondents. | Case No. 26-cv-0229 (PJS/DTS) <br><br> **ORDER** |

The above matter came before the Court on the Defendants' Consent Motion to Extend Time to Respond to the Petition. Dkt. No. 8. The Court finds that good cause has been shown, and therefore,

**THE COURT HEREBY ORDERS** that Respondents' Motion is **GRANTED**. The Federal Defendants shall have until January 16, 2026, to file a response to the Petition.

Dated: January 16, 2026

               s/ David T. Schultz
               DAVID T. SCHULTZ
               United States Magistrate Judge