# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| A.M.,<br><br>　　　　　　　　　　*Petitioner*,<br><br>v.<br><br>PAMELA BONDI, in their official capacity as Attorney General of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　　　　*Respondents*. | Case No. 0:26-cv-00229-PJS-DTS<br><br><br>**ORDER** |

The above matter came before the Court on the parties' Stipulation regarding deadlines. The Court finds that good cause has been shown, and therefore,

IT IS HEREBY ORDERED that parties are to brief the issue of mootness on the following schedule:

Respondent's Motion to Dismiss: 1/23/2026

Petitioner's Response: 1/30/2026

Respondent's Reply: 2/03/2026

In the event Petitioner is re-detained before the Court rules on this issue, Respondents shall promptly notify counsel and the Court. The Court's earlier order enjoining Petitioner's transfer out of Minnesota shall remain in effect.

1

Dated: January 19, 2026

                                              <u>/s/ Patrick J. Schiltz</u>
                                              Hon. Patrick J. Schiltz
                                              United States District Judge