UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **A.M.**,<br><br>*Petitioner,*<br><br>v.<br><br>**PAMELA BONDI**, in their official capacity as Attorney General of the United States;<br>**KRISTI NOEM**, in her capacity as Secretary of the United States Department of Homeland Security;<br>**TODD M. LYONS**, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement;<br>**DAVID EASTERWOOD** in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement;<br><br>*Respondents.* | Case No. 0:26-cv-00229 PJS-DTS<br><br>**ORDER ON PETITIONER'S REQUEST TO PROCEED PSEUDONYMOUSLY** |

Based on the Consent Motion for Order Allowing Petitioner to Proceed Pseudonymously [ECF No. 15] and in keeping with this Court's own practice of identifying minor habeas petitioners in INS cases only by their initials, the Court grants Petitioner's request to proceed in this matter by using only her initials. Petitioner's identity has already been shared with Respondents so Respondents are not prejudiced by this practice and Respondents have agreed to the requested relief. Respondents are directed to caption future filings in this case with only Petitioner's initials. The Clerk is granted leave to ensure that

the caption on this matter reflects only Petitioner's initials, and to seal any filings available to the public that reference Petitioner's full name.

SO ORDERED this 23rd day of January, 2026

_____
PATRICK J. SCHILTZ
United States District Judge